UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEIDI HAAS,

    Plaintiff,

v.

                                          Case No. 1:21-cv-167

ADTEGRITY.COM, INC.,               HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing her complaint on February 22, 2021 (ECF No. 1). Defendant filed a motion to dismiss. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 23, 2021, recommending that this Court grant the motion in part and deny the motion in part. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 22) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 12) is GRANTED IN PART AND DENIED IN PART.

**IT IS FURTHER ORDERED** that Plaintiff's FMLA claim, based upon her June 2018 leave request, is DISMISSED. All of Plaintiff's other claims remain pending.

Dated:  September 8, 2021                                    /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                            United States District Judge