# REPORT FOLLOWING
# VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:21-cv-00167 | Heidi Haas v. Adtegrity.com, Inc., d/b/a Media Place Partners | 03/14/22 |

**PARTIES**     Attendees

| Name | On Behalf Of |
|---|---|
| Heidi Haas | Plaintiff |
| Scott Brew | Defendant |
| Jason Balk | Defendant |
| Tracy Unger | Defendant |
| Mike Struyk | Defendant |
| Priscilla May | Defendant |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Jennifer L. McManus | Plaintiff |
| Ryan O. Rosenberg | Plaintiff |
| Kathleen H. Klaus | Defendant |
| John W. Inhulsen | Defendant |
|  |  |
|  |  |
|  |  |
|  |  |

Result:  ☑ Case settled in full - Final paperwork will be filed: <u>within 45 days</u>
        ☐ Mediation continuing - Date of Next Session _____
        ☐ Not settled - Mediation Completed

Dated: March 15, 2022          By:  /s/ Lee T. Silver
                                    Lee T. Silver
                                    Mediator