UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEIDI HAAS,

    Plaintiff,

                                       Case No. 1:21-cv-167

v.

                                       HONORABLE PAUL L. MALONEY

ADTEGRITY.COM, INC,

    Defendant.

_____/

### ORDER REGARDING CLOSING DOCUMENTS

This Court having been informed through the filing of the Report Following Voluntary Facilitative Mediation (ECF No. 40) of the agreement between the parties to settle this matter:

**IT IS HEREBY ORDERED** that appropriate closing documents shall be filed with the Court no later than **April 28, 2022**.


Dated:  March 17, 2022                                        /s/  Paul L. Maloney
                                                                               Paul L. Maloney
                                                                               United States District Judge