# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

HEIDI HAAS,

    Plaintiff/Counter-Defendant,    Case No. 21-cv-00167

-vs-

ADTEGRITY.COM, INC.,    Hon. Paul L. Maloney
a foreign profit corporation,    Magistrate Judge Phillip J. Green
d/b/a MEDIA PLACE PARTNERS,

    Defendant/Counter-Plaintiff.

---

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that both the Complaint and Counterclaim in the above referenced matter are dismissed with prejudice and without fees or costs to any party.

IT IS SO ORDERED.

 

_____
CIRCUIT COURT JUDGE

Stipulated to for entry:

FAGAN McMANUS, P.C.    MADDIN HAUSER ROTH & HELLER, P.C.

*/s/ Ryan O. Rosenberg*    */s/ Kathleen H. Klaus*
Ryan O. Rosenberg (P84530)    Kathleen H. Klaus (P67207)
Jennifer Lossia McManus (P65976)    *Attorneys for MPP*
*Attorneys for Heidi Haas*    28400 Northwestern Hwy, 2nd Floor
25892 Woodward Avenue    Southfield, MI 48034
Royal Oak, MI 48067-0910    (248) 359-7520
(248) 542-6300    kklaus@maddinhauser.com
rrosenberg@faganlawpc.com
jmcmanus@faganlawpc.com

03567601 v1/15093-0063